ZELDES HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
alreenh@zhlaw.com
HELEN I. ZELDES (220051)
helenz@zhlaw.com
AARON M. OLSEN (259923)
aarono@zhlaw.com
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYAN PADRIGON and NEAL SEWARD,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1-100, Jointly and Severally,<br><br>Defendant. | Case No.: 3:11-CV-02429-H-RBB<br><br>JOINT NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE<br><br>Judge:   Honorable Marilyn L. Huff<br>Courtroom:  15A<br><br>Action Filed: October 18, 2011 |

Plaintiffs Lyan Padrigon and Neal Seward and Defendant AT&T Mobility Services, LLC (collectively referred to as the "Parties"), by and through their undersigned attorneys, hereby notify the Court of their settlement of this case subject to and conditioned on the relief sought herein.  Specifically, the Parties respectfully request entry of an order providing:

1. For approval of the settlement of the action as negotiated between the Parties as set forth in the Parties' individual settlement agreements; and

2. Dismissal of this action with prejudice, with the Court reserving jurisdiction to enforce the settlement agreement.

## APPROVAL OF THE SETTLEMENT AGREEMENT

This case involves claims for overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201, *et seq.* ("FLSA").  The case involves numerous contested issues of fact and law concerning the Plaintiffs' claims.  Defendant denies and disputes liability, damages entitlement and calculations, and the timeliness of all or part of many of Plaintiffs' claims.

More generally, this case finds its genesis in *Zivali v. AT&T Mobility LLC*, a nationwide FLSA "off the clock" collective action that was litigated in the Southern District of New York.  *See Zivali v. AT&T Mobility, LLC*, 784 F. Supp. 2d 456 (S.D.N.Y. 2011).  There, the parties zealously litigated certification and merits issues for more than two years.  On May 11, 2011, Judge Rakoff decertified the action and dismissed the opt-in plaintiffs without prejudice. *Id*. at 470.  The plaintiffs in this case are *Zivali* opt-in plaintiffs.

Plaintiffs in this case through their undersigned counsel, and Defendant through its authorized representative and counsel of record, have reached a confidential settlement of this matter, as discussed in the settlement agreement.  At all relevant times in this action, Plaintiffs have been represented by the undersigned attorney and have had the benefit of their counsel and advice.

The Parties' confidential settlement agreement reflects a reasonable compromise of the parties' many disputed issues. The agreement fairly and reasonably compromises and takes into account each party's interest, benefits, and rights, pursuant to the criteria and policy considerations set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

The principal reason for the confidentiality obligations associated with this settlement agreement is to prevent any one case – which presents inherently individualized claims – from creating unrealistic or false expectations on the part of the hundreds of other former *Zivali* plaintiffs whose cases are pending around the country. Such expectations could make it more difficult to efficiently resolve those cases, whether by litigation or settlement.

The settlement agreement is, however, conditioned on the Court's approval of the settlement and subsequent dismissal of this action with prejudice. Therefore, the Parties request that the Court review the settlement agreement, which has been provided to the Court as part of an application to seal the document and maintain its confidentiality.

## SETTLEMENT PROCESS AND TERMS

The Parties reached a settlement of this action after conducting discovery on Plaintiffs' claims and Defendant's defenses. Such discovery included written interrogatories, document requests, and requests for admissions. Defendant provided Plaintiffs' counsel with Plaintiffs' employment records, including time records, personnel file, company policies, and training materials. The Parties, through their respective counsel, met and conferred numerous times regarding discovery requests and responses and the possibility of settlement.

After the Parties had an opportunity to assess the provided discovery, the Parties began to engage in settlement negotiations. The settlements were reached after several months of negotiations and represent arms-length agreements between the Parties. The individual settlements resolve Plaintiffs' claims under

the Fair Labor Standards Act, and provide a release of any claims relating to Plaintiffs' employment with AT&T Mobility Services LLC. The Parties agree that the individual settlements are fair and represent equitable settlements of Plaintiffs' claims.

## DISMISSAL OF THE LITIGATION

Finally, the Parties request that the Court dismiss the action upon approval of the individual settlement agreements. A proposed order is submitted under separate cover for the Court's convenience for: (1) approval of the settlement agreements; and (2) dismissal of the litigation.

## CONCLUSION

The Parties hereby respectfully move for approval of the individual settlements and for entry of order dismissing this action with prejudice.

Respectfully submitted,

Dated: June 11, 2013           ZELDES HAEGGQUIST & ECK, LLP
                               ALREEN HAEGGQUIST (221858)
                               HELEN I. ZELDES (220051)
                               AARON M. OLSEN (259923)


                               By:       s/Alreen Haeggquist
                                      ALREEN HAEGGQUIST

                               625 Broadway, Suite 1000
                               San Diego, CA  92101
                               Telephone: (619) 342-8000
                               Facsimile: (619) 342-7878

                               Attorneys for Plaintiffs

Dated: June 11, 2013           CROWELL & MORING LLP
                               WENDY SUGG (223335)


                               By:        /Wendy Sugg
                                      WENDY SUGG

1  3 Park Plaza, 20th Floor
   Irvine, CA  92614
2  Telephone: (949) 798-1369
   Facsimile: (949) 263-8414
3  wsugg@crowell.com

4  CROWELL & MORING LLP
   S. SHANE SAGHEB (109878)
5  515 S. Flower Street, 40th Floor
   Los Angeles, CA  90071-2258
6  Telephone: (213) 622-4750
   Facsimile: (213) 622-2690
7  ssagheb@crowell.com

8  Attorneys for Defendant

---

4
JOINT MOTION FOR APPROVAL OF SETTLEMENT  AND DISMISSAL WITH PREJUDICE
Case No. 3:11-CV-02429-H-RBB

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2013.

                                        s/Alreen Haeggquist
                                        ALREEN HAEGGQUIST

ZELDES HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  619-342-8000
Facsimile: 619-342-7878
alreenh@zhlaw.com